*Exhibit A*

US00D945453S

| (12) | United States Design Patent | (10) Patent No.: | US D945,453 S |
|---|---|---|---|
| | Grecia | (45) Date of Patent: ** | Mar. 8, 2022 |

(54) **DISPLAY SCREEN PORTION WITH ANIMATED GRAPHICAL USER INTERFACE**

(71) Applicant: **William Grecia**, Downingtown, PA (US)

(72) Inventor: **William Grecia**, Downingtown, PA (US)

(73) Assignee: **FINTECH INNOVATION ASSOCIATES LLC**, Downingtown, PA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/808,027**

(22) Filed: **Sep. 16, 2021**

(51) LOC (13) Cl. .............................................. **14-04**
(52) U.S. Cl.
 USPC .................................................... **D14/485**
(58) **Field of Classification Search**
 USPC ................................................ D14/485–495
 CPC .... G06F 3/048; G06F 3/0481; G06F 3/04812;
  G06F 3/04815; G06F 3/04817; G06F
  3/0482; G06F 3/0483; G06F 3/0484;
  G06F 3/04842; G06F 3/04845; G06F
  3/04847; G06F 3/0485; G06F 3/04855;
  G06F 3/0486; G06F 3/04886; G06Q
  30/00; G06Q 30/02; G06Q 30/0237;
  G06Q 30/0238; G06Q 30/0239; H03J
  1/00; H03J 1/0008; H03J 1/0016; H03J
  1/0025; H04N 5/00; H04N 5/08; H04N
  5/14; H04N 5/222; H04N 5/225; H04N
  5/232; H04N 5/23222; H04N 5/23293;
  H04N 5/232933; H04N 5/232935; H04N
  5/445; H04N 5/44504; H04N 5/45; H04N
  21/00; H04N 21/234; H04N 21/431;
  H04N 21/4312; H04N 21/4314; H04N
  21/4316; H04N 21/4532; H04N 21/4622;
  H04N 21/47; H04N 21/478; H04N
  21/482; H04N 21/4884; H04N 21/4888;
  H04N 21/4856; H04N 21/485; H04N
  21/6547
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D590,412 S | 4/2009 | Saft |
| D600,718 S | 9/2009 | LaManna |

(Continued)

OTHER PUBLICATIONS

Zahorec, Lukas. "QR Code scanner (android app)." behance.net. Published Jan. 5, 2013. Retrieved Jan. 20, 2022 online at URL: https://www.behance.net/gallery/6535439/QR-Code-scanner-%28android-app%29?tracking_source=search_projects_recommended%7CQR%20Code%20Scanner (Year: 2013).*

(Continued)

*Primary Examiner* — Christian P. McLean

(57) **CLAIM**

The ornamental design for a display screen portion with animated graphical user interface, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a first image of a display screen portion with animated graphical user interface showing my new design; and
FIG. **2** is a front view of a second image thereof, and
FIG. **3** is a front view of a third image thereof; and,
FIG. **4** is a front view of a fourth image thereof.
The appearance of the transitional image sequentially transitions between the images shown in FIGS. **1-4**. The process or period in which one image transitions to another image forms no part of the claimed design.
The broken line showing of a portion of a display screen and a computer device in FIGS. **1** through **4** forms no part of the claimed design. The broken and dot line showing of text and portions of the graphical user interface in FIGS. **1** through **4** represents environmental subject matter and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D604,308 S | 11/2009 | Takano |
| 8,403,215 B2 | 3/2013 | Aihara |
| D690,311 S | 9/2013 | Waldman |
| D702,723 S | 4/2014 | Abratowski |
| 8,720,771 B2 | 5/2014 | MacKinnon Keith |
| D697,074 S | 6/2014 | Waldman |
| D711,911 S | 8/2014 | Karunamuni |
| D712,430 S | 9/2014 | Jang |
| 8,922,721 B2 | 12/2014 | Jung |
| D741,361 S | 10/2015 | Cornish |
| D743,976 S | 11/2015 | Wilberding |
| D744,501 S | 12/2015 | Wilberding |
| 9,225,822 B2 | 12/2015 | Davis |
| D754,685 S | 4/2016 | Carlton |
| D757,094 S | 5/2016 | Xiang |
| D758,421 S | 6/2016 | Liu |
| D762,711 S | 8/2016 | Zhang |
| D766,294 S | 9/2016 | Smith |
| D766,954 S | 9/2016 | Smith |
| D769,283 S | 10/2016 | Smith |
| D769,284 S | 10/2016 | Wiesner |
| D769,296 S | 10/2016 | Grecia |
| D784,359 S | 4/2017 | Boot |
| D785,003 S | 4/2017 | Yun |
| D787,542 S * | 5/2017 | Kang .......................... D14/486 |
| D790,579 S | 6/2017 | Hays |
| D792,890 S | 7/2017 | Cruttenden |
| D797,795 S | 9/2017 | Park |
| D801,983 S * | 11/2017 | Sonneville ................... D14/485 |
| D803,239 S * | 11/2017 | Yuk .............................. D14/485 |
| D803,258 S | 11/2017 | Graham |
| D806,736 S | 1/2018 | Chung |
| D807,902 S | 1/2018 | Cong |
| D808,425 S | 1/2018 | Park |
| D808,426 S | 1/2018 | Park |
| D819,669 S | 6/2018 | Bronner |
| D819,683 S * | 6/2018 | Zhang .......................... D14/488 |
| D826,955 S | 8/2018 | Grecia |
| 10,049,376 B1 | 8/2018 | Joglekar |
| D829,765 S | 10/2018 | Crawford |
| D832,290 S * | 10/2018 | Tran ....................... G16H 40/20 |
| | | D14/486 |
| D833,475 S * | 11/2018 | Sakuma ....................... D14/488 |
| D835,649 S * | 12/2018 | Balcom ....................... D14/486 |
| D837,805 S | 1/2019 | Kwak |
| D852,841 S * | 7/2019 | Levin .......................... D14/488 |
| D853,405 S | 7/2019 | Park |
| D857,054 S | 8/2019 | Grecia |
| D857,712 S | 8/2019 | Grecia |
| D866,573 S * | 11/2019 | VanDuyn ..................... D14/485 |
| D873,299 S * | 1/2020 | Tamayo ....................... D14/492 |
| D873,840 S * | 1/2020 | Smith .......................... D14/485 |
| D873,856 S * | 1/2020 | Tamayo ....................... D14/492 |
| D873,857 S * | 1/2020 | Dagley ........................ D14/492 |
| D883,999 S * | 5/2020 | Iida .............................. D14/485 |
| D884,740 S * | 5/2020 | Youngblood ................ D14/492 |
| 10,725,649 B2 * | 7/2020 | Li ............................... G06F 8/61 |
| D900,845 S * | 11/2020 | Tomori ........................ D14/486 |
| D902,242 S * | 11/2020 | Assaf .......................... D14/488 |
| D916,768 S | 4/2021 | Schwer |
| D916,769 S | 4/2021 | Schwer |
| D916,770 S | 4/2021 | Schwer |
| D916,917 S | 4/2021 | Stipech |
| D918,934 S | 5/2021 | Anderson |
| D920,342 S | 5/2021 | Unger |
| D921,669 S | 6/2021 | Carrigan |
| D922,430 S | 6/2021 | Kataoka |
| D923,650 S * | 6/2021 | Kim ............................ D14/486 |
| D924,904 S * | 7/2021 | Cho ............................ D14/485 |
| D924,912 S * | 7/2021 | Broughton .................. D14/486 |
| D926,218 S | 7/2021 | Moreira |
| D929,415 S * | 8/2021 | Smith ......................... D14/485 |
| D929,498 S | 8/2021 | Grecia |
| D930,702 S | 9/2021 | Grecia |
| D931,330 S * | 9/2021 | Grecia ........................ D14/490 |
| D931,899 S * | 9/2021 | Grecia ........................ D14/490 |
| D938,980 S * | 12/2021 | Braica ........................ D14/486 |
| D938,981 S * | 12/2021 | Braica ........................ D14/486 |
| D939,556 S * | 12/2021 | Braica ........................ D14/486 |
| D941,324 S * | 1/2022 | Paul ........................... D14/486 |
| 2009/0018909 A1 | 1/2009 | Grecia |
| 2010/0010906 A1 | 1/2010 | Grecia |
| 2010/0060586 A1 | 3/2010 | Pisula |
| 2011/0309138 A1 | 12/2011 | Wu |
| 2012/0004968 A1 | 1/2012 | Satyavolu |
| 2012/0150747 A1 | 6/2012 | Carey |
| 2012/0276880 A1 | 11/2012 | Angorn |
| 2013/0262687 A1 | 10/2013 | Avery |
| 2014/0071045 A1 | 3/2014 | Muchnick |
| 2014/0073277 A1 | 3/2014 | Iyer |
| 2014/0074704 A1 | 3/2014 | White |
| 2014/0162595 A1 | 6/2014 | Raleigh |
| 2014/0247278 A1 | 9/2014 | Samara |
| 2014/0249901 A1 | 9/2014 | Qawami |
| 2014/0310612 A1 | 10/2014 | Lu |
| 2014/0337175 A1 | 11/2014 | Katzin |
| 2014/0351033 A1 | 11/2014 | Azevedo |
| 2015/0009152 A1 | 1/2015 | Tang |
| 2015/0012426 A1 | 1/2015 | Purves |
| 2015/0146925 A1 | 5/2015 | Son |
| 2015/0235202 A1 | 8/2015 | Zabala |
| 2015/0248669 A1 | 9/2015 | Kornman |
| 2015/0271164 A1 | 9/2015 | Hamid |
| 2015/0317060 A1 | 11/2015 | Debets |
| 2016/0063435 A1 | 3/2016 | Shah |
| 2016/0098616 A1 | 4/2016 | Miller |
| 2016/0174025 A1 | 6/2016 | Chaudhri |
| 2016/0240037 A1 | 8/2016 | Robbins |
| 2016/0359987 A1 | 12/2016 | Laliberte |
| 2017/0111523 A1 | 4/2017 | Ackley |
| 2017/0365030 A1 | 12/2017 | Shoham |
| 2019/0171915 A1* | 6/2019 | Reicher ................ G06K 9/6254 |
| 2020/0068136 A1* | 2/2020 | Lee .................... H04N 5/23245 |
| 2021/0029293 A1* | 1/2021 | Choi .................. H04N 5/23229 |

OTHER PUBLICATIONS

Soetopo, Dennie. "Zapper QR Code Scanner." behance.net. Published Jul. 16, 2016. Retrieved Jan. 20, 2022 online at URL: https://www.behance.net/gallery/20101193/Zapper-QR-Code-Scanner (Year: 2016).*
Author: Denso Wave, Article: https://www.denso-wave.com/en/adcd/fundamental/2dcode/qrc/index.html.
Author: Early Warning Services, Webpage: https://www.zellepay.com/go/zelle.
Author: Early Warning Services, Webpage: https://apps.apple.com/us/app/zelle/id1260755201?ls=1.
Author: Early Warning Services, Webpage: https://play.google.com/store/apps/details?id=com.zellepay.zelle.
Inventor's public publication of design within the AIA 1-year period of 35 US Code § 102(b)(1)(b): 2:21-cv-00562-MAK Document 28 pp. 6-7 Filed and Published Mar. 15, 2021.

* cited by examiner



FIGURE 1



FIGURE 2



FIGURE 3



FIGURE 4