# EXHIBIT B.1

# CLAIM CHART

# COUNT I

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/o80mg97rmo48gsk/
RPReplay_Final1643214032.MP4?dl=0

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/o80mg97rmo48gsk/
RPReplay_Final1643214032.MP4?dl=0

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 3

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



Enter Amount

$0

FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/o80mg97rmo48gsk/
RPReplay_Final1643214032.MP4?dl=0

# EXHIBIT B.2

# CLAIM CHART

# COUNT II

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/jeoz6vtgise6dx5/FIA-2.MP4?dl=0

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 2

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 3

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/jeoz6vtgise6dx5/FIA-2.MP4?dl=0

# EXHIBIT B.3

# CLAIM CHART

# COUNT III

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/5qbi80bjztd29gv/FIA-3.mov?dl=0

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/5qbi80bjztd29gv/FIA-3.mov?dl=0

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 3

Design Video Evidence: https://www.dropbox.com/s/5qbi80bjztd29gv/FIA-3.mov?dl=0

FinTech Innovation Associates LLC v PayPal Super App (Mobile App Design)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/5qbi80bjztd29gv/FIA-3.mov?dl=0

# EXHIBIT B.4

# CLAIM CHART COUNT IV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.5

# CLAIM CHART COUNT V

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.6

# CLAIM CHART COUNT VI

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.7

# CLAIM CHART COUNT VII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.8

# CLAIM CHART COUNT VIII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.9

# CLAIM CHART COUNT IX

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.10

# CLAIM CHART COUNT X

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.11

# CLAIM CHART COUNT XI

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

# EXHIBIT B.12

# CLAIM CHART COUNT XII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.13

# CLAIM CHART COUNT XIII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

# EXHIBIT B.14

# CLAIM CHART COUNT XIV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 2

Design Video Evidence: [https://www.dropbox.com/s/ypje2sdsjglgvma/](https://www.dropbox.com/s/ypje2sdsjglgvma/)
[Paypal_dot_com.mov?dl=0](Paypal_dot_com.mov?dl=0)

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

# EXHIBIT B.15

# CLAIM CHART COUNT XV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



## FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

# EXHIBIT B.16

# CLAIM CHART COUNT XVI

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.17

# CLAIM CHART COUNT XVII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

# EXHIBIT B.18

# CLAIM CHART
# COUNT XVIII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



# FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.19

# CLAIM CHART COUNT XIX

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 1

Design Video Evidence: [https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0](https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0)

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

# EXHIBIT B.20

# CLAIM CHART COUNT XX

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 2

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



# FIGURE 3

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 4

# EXHIBIT B.21

# CLAIM CHART COUNT XXI

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.22

# CLAIM CHART COUNT XXII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.23

# CLAIM CHART COUNT XXIII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.24

# CLAIM CHART COUNT XXIV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/ Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.25

# CLAIM CHART COUNT XXV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.26

# CLAIM CHART COUNT XXVI

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



# FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.27

# CLAIM CHART COUNT XXVII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.28

# CLAIM CHART COUNT XXVIII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



## FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

# EXHIBIT B.29

# CLAIM CHART COUNT XXIX

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

# EXHIBIT B.30

# CLAIM CHART COUNT XXX

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

# EXHIBIT B.31

# CLAIM CHART COUNT XXXI

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.32

# CLAIM CHART COUNT XXXII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.33

# CLAIM CHART COUNT XXXIII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

# EXHIBIT B.34

# CLAIM CHART COUNT XXXIV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.35

# CLAIM CHART COUNT XXXV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.36

# CLAIM CHART COUNT XXXVI

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

# EXHIBIT B.37

# CLAIM CHART COUNT XXXVII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

# EXHIBIT B.38

# CLAIM CHART COUNT XXXVIII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 4

# EXHIBIT B.39

# CLAIM CHART COUNT XXXIX

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.40

# CLAIM CHART COUNT XL

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 3

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.41

# CLAIM CHART COUNT XLI

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.42

# CLAIM CHART COUNT XLII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.43

# CLAIM CHART COUNT XLIII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.44

# CLAIM CHART COUNT XLIV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 3

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.45

# CLAIM CHART COUNT XLV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 3

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

# EXHIBIT B.46

# CLAIM CHART COUNT XLVI

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.47

# CLAIM CHART COUNT XLVII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 3

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.48

# CLAIM CHART COUNT XLVIII

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.49

# CLAIM CHART COUNT XLIX

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
PayPal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.50

# CLAIM CHART COUNT L

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



## FIGURE 4

# EXHIBIT B.51

# CLAIM CHART COUNT LI

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



# FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.52

# CLAIM CHART COUNT LII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



## FIGURE 3

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.53

# CLAIM CHART COUNT LIII

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.54

# CLAIM CHART COUNT LIV

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 2

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

# EXHIBIT B.55

# CLAIM CHART COUNT LV

FinTech Innovation Associates LLC v PayPal ([PayPal.com](PayPal.com))



# FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/Paypal_dot_com.mov?dl=0

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 2

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 3

FinTech Innovation Associates LLC v PayPal (PayPal.com)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/ypje2sdsjglgvma/
Paypal_dot_com.mov?dl=0